**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7539**

---

In re: LAMONT O. DOUGLAS,

Petitioner.

---

On Petition for Writ of Mandamus.  (CA-01-327)

---

Submitted:  January 8, 2002          Decided:  January 24, 2002

---

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Lamont O. Davis, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lamont O. Douglas filed a petition for writ of mandamus, asking this court to compel the district court to vacate an order dismissing without prejudice one of eight named defendants in his ongoing civil rights action. With exceptions not present in this appeal, a district court's decision terminating a case as to fewer than all claims or fewer than all parties is not a final order. Fed. R. Civ. P. 54(b). A writ of mandamus to compel interlocutory review of non-final orders by the district court is generally not available because those orders can be reviewed after final judgment. See In re Beard, 811 F.2d 818 (4th Cir. 1987) (holding a writ of mandamus available only when the petitioner has no other means to obtain the requested relief and when he has shown a clear right to that relief). Thus, we deny Douglas' petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2